**Gregory Lynn WADE, Appellant,**

**v.**

**Kurt KESTER, Officer;  Greg Wallace;
Tim Stenge;  Noble County,
Appellees.**

No. 05–2893.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 27, 2006.

Filed: Dec. 28, 2006.

Gregory Lynn Wade, Faribault, MN,
pro se.

Jason Michael Hiveley, Iverson & Reuvers, Bloomington, MN, for Appellees.

Before SMITH, MAGILL, and
BENTON, Circuit Judges.

PER CURIAM.

Minnesota inmate Gregory Wade seeks to appeal from the district court's [1] dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

1. The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.

find that Wade's notice of appeal (NOA) was untimely by one day because he filed it on April 1, 31 days after the district court entered judgment on March 1, 2005. *See* Fed. R.App. P. 4(a)(1)(A) (NOA must be filed within 30 days after judgment or order appealed from is entered), 4(c)(1) (prison-mailbox rule). Accordingly, we dismiss the appeal as untimely. *See Krein v. Norris,* 250 F.3d 1184, 1187 (8th Cir. 2001) (jurisdiction will be raised sua sponte when there is indication it is lacking, even if parties concede issue); *Burgs v. Johnson County, Iowa,* 79 F.3d 701, 702 (8th Cir.1996) (per curiam) (timely NOA is jurisdictional). We also deny Wade's motion for appellate counsel.